**[J-49-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 746 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | December 7, 2016 in the Court of |
| | : | Common Pleas, Philadelphia County, |
| v. | : | Criminal Division, dismissing PCRA |
| | : | relief at No. CP-51-CR-1117211- |
| | : | 1983. |
| JEROME MARSHALL, | : | |
| | : | SUBMITTED:  May 14, 2018 |
| Appellant | : | |

## ORDER

**PER CURIAM**

　　**AND NOW,** this 21st day of September, 2018, the Order of the Court of Common Pleas of Philadelphia County is **AFFIRMED**.